PITTS & POLIZZI, LLP
A Partnership of Professional Corporations
Dennis G. Polizzi, Esq.
Attorney I.D. No.: 022171985
40 Union Avenue, Suite 1
Clifton, NJ, 07011
Telephone No.: 973-772-6157
Attorneys for Plaintiff(s)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| Amjad Alzubi, | Civil Action No.: |
|---|---|
| Plaintiff(s), | |
| v. | |
| The United States of America, | COMPLAINT |
| Defendant(s). | |

The plaintiff Amjad Alzubi residing at 49 Tappan Avenue in the City of Belleville, County of Essex and State of New Jersey complains of the defendant(s) and says:

### JURISDICTION

1. Jurisdiction is found in 28 USCA Sec 1346(b).

2. Venue is proper in the District of New Jersey pursuant to 28 USCA Sec 1402(b).

3. A standard Form 95 was timely filed within 2 years of the date of accident.

### FIRST COUNT

4. On January 16, 2020, the plaintiff was the owner and operator of a motor vehicle upon Municipal Plaza, Bloomfield, N.J.

5. At the same time, an employee of the ATF was operating a vehicle owned by the defendant United States of America which was proceeding east on Bloomfield Avenue, Bloomfield, N.J.

6. The ATF employee, employed by the defendant United States of America, operated said vehicle in a negligent manner so as to strike the plaintiff's vehicle.

7. As a result of the ATF employee's negligent conduct, the plaintiff was caused to be injured and has and will continue to have pain and suffering.

WHEREFORE, the plaintiff Amjad Alzubi hereby demands judgment against the defendants, United States of America for compensatory damages plus interest and costs of suit.

PITTS & POLIZZI, LLP
Attorneys for Plaintiff, Amjad Alzubi

By: s/ Dennis G. Polizzi
_____
Dennis G. Polizzi, Esq.